# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 11, 2015

## NO. 03-14-00753-CV

**K. E. M., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 274TH DISTRICT COURT OF COMAL COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
DISMISSED AS MOOT -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the order signed by the trial court on November 4, 2014. The Texas Department of Family and Protective Services has filed a motion to dismiss the appeal as moot, and having considered the record and the motion, the Court agrees that the appeal is moot. Therefore, the Court grants the motion and dismisses the appeal. No adjudication of costs is made.